IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

KEVIN POLLINS                                                                                                PLAINTIFF

vs.                                             Civil No. 6:15-cv-06005

CAROLYN W. COLVIN                                                                              DEFENDANT
Commissioner, Social Security Administration

### J U D G M E N T

For the reasons set forth in the Memorandum Opinion entered on this date, the Court **DISMISSES** Plaintiff's Complaint (ECF No. 1) without prejudice.

**IT IS SO ORDERED this 20th day of July 2015.**

/s/  Barry A. Bryant
HON. BARRY A. BRYANT
U. S. MAGISTRATE JUDGE